| AO 10<br>Rev. 1/2019 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2018 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Sykes, Diane S. | 2. Court or Organization<br><br>Seventh Circuit United States Court of Appeals | 3. Date of Report<br><br>05/14/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>    magistrate judges indicate full- or part-time)<br><br>Circuit Judge, Active Status | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2018<br>to<br>12/31/2018 |
| 7. Chambers or Office Address<br><br>721 United States Courthouse<br>517 East Wisconsin Avenue<br>Milwaukee, WI 53202 | | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | James Madison Memorial Fellowship Foundation |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1992 | WI Department of Employee Trust Funds (retirement account), no control |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 12/31/2018 | Wisconsin Retirement System (state pension) | $28,713.64 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Case Western Reserve University School of Law Sumner Canary Lecture | March 6-8, 2018 | Cleveland, OH | Lecture | Transportation (Airline & Ground), Lodging, Baggage Fees, Parking & Meals |
| 2. | The Federalist Society for Law & Public Policy Studies, Student Symposium | March 9-11, 2018 | Washington, DC | Speaker & Conference | Transportation (Airline & Ground), Lodging, Baggage Fees, Parking & Meals |
| 3. | University of Michigan Law School | March 25-27, 2018 | Ann Arbor, MI | Judge Moot Court | Transportation (Airline & Ground), Lodging, Baggage Fees, Parking & Meals |
| 4. | Wabash College Peck Medal/ Lecture | April 15-17, 2018 | Crawfordsville, IN | Lecture | Transportation (Airline & Ground), Lodging, Baggage Fees, Parking & Meals |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Sykes, Diane S. | 05/14/2019 |

| | | | | |
|---|---|---|---|---|
| 5. | Georgetown University Law Center | May 23-24, 2018 | Washington, DC | Teaching at Educational Seminar | Transportation (Airline & Ground), Lodging, Baggage Fees, Parking & Meals |
| 6. | James Madison Memorial Foundation | June 16-18, 2018 | Washington, DC | Lecture at Summer Institute | Transportation (Airline & Ground), Lodging, Baggage Fees, Parking & Meals |
| 7. | St. John's School of Law | November 12-13, 2018 | Jamaica, NY | Teaching | Transportation (Airline & Ground), Lodging, Baggage Fees, Parking & Meals |
| 8. | The Federalist Society for Law & Public Policy Studies, National Convention | November 15-17, 2018 | Washington, DC | Speaker & Conference | Transportation (Airline & Ground), Lodging, Baggage Fees, Parking & Meals |

| Name of Person Reporting | Date of Report |
|---|---|
| Sykes, Diane S. | 05/14/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Federal Judicial Guest Privileges | Union League Club, Chicago, Illinois - See Part VIII | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | U.S. Department of Education | Parent Plus College Loan | L |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sykes, Diane S. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BlackRock Mid Cap Equity-Collective W (via WI Def.Comp.Prog.) (H) | | None | | | Sold | 11/06/18 | J | | |
| 2. T Rowe Price Mid Cap Gr (via WI Def. Comp. Program) (H) | A | Dividend | | | Sold | 11/06/18 | J | | |
| 3. Fid Contrafund (via WI Def. Comp. Program) (H) | | None | | | Sold | 11/06/18 | J | | |
| 4. Vanguard Admiral Treasury Money Market (via WIDef.Comp.) (H) | A | Dividend | | | Sold | 11/06/18 | J | | |
| 5. BlackRock US Debt Index Fund (via WI Def. Comp. Program) (H) | | None | | | Sold | 11/06/18 | J | | |
| 6. AllianceBerstein US Gov A (H) | A | Dividend | | | Sold | 10/15/18 | J | | |
| 7. WI Department of Employee Trust Funds, retirement accnt (H) | | None | M | T | | | | | |
| 8. BMO Harris Bank Accounts | A | Interest | L | T | | | | | |
| 9. Pershing FT Unit 6764 75/25 Strategic (X) | A | Dividend | K | T | Distributed (part) | 12/31/18 | J | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sykes, Diane S. | 05/14/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1) Part II. The agreement regarding the Wisconsin Department of Employee Trust Funds commenced in 1992, when Judge Sykes began employment as a Milwaukee County Circuit Judge. The agreement concerns a state pension and a state deferred compensation account.

2) Part V, Item 1. The Union League Club of Chicago is a social and civic association with dining, lodging, and athletic facilities located adjacent to the federal complex in Chicago. The Club offers guest privileges to federal judges. The charge for these limited privileges for 2018 was $1,566 (full Club membership dues for a member of the same age for 2018 were $3,882). Members of the federal judiciary who receive such Club privileges may not hold office, serve on committees, or be entitled to vote. Judicial officers with these guest privileges pay for food and athletic services on the same basis as Club members.

| Name of Person Reporting | Date of Report |
|---|---|
| Sykes, Diane S. | 05/14/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Diane S. Sykes**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544